UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ERNST TENEMILLE,

                              Plaintiff,

               - against -

RAMAPO POLICE DEPARTMENT, et al.,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

14-CV-4660 (CS)

Seibel, J.

      For the reasons stated on the record, in open court, on Thursday, June 25, 2015, Plaintiff's case is DISMISSED.  The Clerk of Court is respectfully directed to terminate the pending motion, (Doc. 19), and close the case.

**SO ORDERED.**

Dated: June 25, 2015
       White Plains, New York

                                            _____
                                              CATHY SEIBEL, U.S.D.J.